IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NUUH AMIR NA'IM**                                                                             **PLAINTIFF**
**ADC #116249**

V.                             No. 4:21-CV-00765-BRW-JTR

**DEXTER PAYNE, Director, ADC,** *et al.*                                       **DEFENDANTS**

<u>**ORDER**</u>

      I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation (Doc. No. 35).

      Accordingly, Defendant Carol Chisom's Motion to Dismiss (Doc. No. 16) is GRANTED. Defendants' motion for partial summary judgment (Doc. No. 25) is GRANTED. Na'im may proceed with his inadequate medical care claims against Defendants James Beck and Lerizza Nunag for the medical encounter that occurred on May 19, 2021. All of plaintiff's other claims are DISMISSED without prejudice for want of exhaustion. Defendants Carol Chisom, Rose Newby, and Shakita Green are TERMINATED as parties to this action.

      IT IS SO ORDERED this <u>20th</u> day of <u>March</u>, 2023.

                                                                     _____BILLY ROY WILSON_____
                                                                     UNITED STATES DISTRICT JUDGE